440 F.2d 991
 71-1 USTC P 15,990
 Joe ADELMAN, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 25443.
 United States Court of Appeals, Ninth Circuit.
 May 3, 1971.
 
 Eli Grubic, Reno, Nev., Ben H. Rudnick, of Behrstock & Rudnick, Los Angeles, Cal., for appellant.
 Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, William A. Friedlander, Ann E. Belanger, Attys., Tax Division, Washington, D.C., Robert L. Meyer, U.S. Atty., Charles H. Magnuson, Asst. U.S. Atty., Los Angeles, Cal., for appellee.
 Before ELY, CARTER and HUFSTEDLER, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed for the reasons set forth by District Judge Gray in his 'Memorandum of Decision,' reported at 304 F.Supp. 599 (C.D.Cal.1969).